IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:25-942 |
|---|---|---|
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(8) |
| | ) | 18 U.S.C. § 924(c)(1)(A)(i) |
| v. | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(C) |
| | ) | 21 U.S.C. § 853 |
| | ) | 21 U.S.C. § 881 |
| | ) | 28 U.S.C. § 2461(c) |
| **CLAYVARN THOMAS** | ) | |
| | ) | **SEALED INDICTMENT** |

COUNT 1

THE GRAND JURY CHARGES:

That on or about January 10, 2024, in the District of South Carolina, the Defendant, **CLAYVARN THOMAS**, knowingly possessed a firearm, in and affecting commerce, to wit, a Walther, Model PK380, .380 pistol, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

That on or about March 21, 2024, in the District of South Carolina, the Defendant, **CLAYVARN THOMAS,** knowingly, intentionally, and unlawfully did possess with intent to distribute and did distribute a quantity a quantity of cocaine base (commonly known as "crack cocaine"), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

THE GRAND JURY FURTHER CHARGES:

That on or about March 21, 2024, in the District of South Carolina, the Defendant, **CLAYVARN THOMAS**, knowingly possessed a firearm, in and affecting commerce, to wit, a Hi-Point, Model JCP, .40 caliber pistol, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 4

THE GRAND JURY FURTHER CHARGES:

That on or about March 21, 2024, in the District of South Carolina, the Defendant, **CLAYVARN THOMAS**, knowingly used and carried a firearm during and in relation to, and possessed a firearm in furtherance of, a drug trafficking crime as alleged in Count 2, which is prosecutable in a court of the United States;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 5

THE GRAND JURY FURTHER CHARGES:

That on or about May 24, 2024, in the District of South Carolina, the Defendant, **CLAYVARN THOMAS**, knowingly, intentionally, and unlawfully did possess with intent to distribute and did distribute a quantity a quantity of cocaine base (commonly known as "crack cocaine"), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 6

THE GRAND JURY FURTHER CHARGES:

That on or about May 24, 2024, in the District of South Carolina, the Defendant, **CLAYVARN THOMAS**, knowingly possessed a firearm in and affecting commerce, to wit, a Ruger, Model Blackhawk, .357 revolver, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 7

THE GRAND JURY FURTHER CHARGES:

That on or about May 24, 2024, in the District of South Carolina, the Defendant, **CLAYVARN THOMAS**, knowingly, intentionally, and unlawfully did possess with intent to distribute and did distribute a quantity a quantity of cocaine base (commonly known as "crack cocaine"), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 8

THE GRAND JURY FURTHER CHARGES:

That on or about May 24, 2024, in the District of South Carolina, the Defendant, **CLAYVARN THOMAS**, knowingly used and carried a firearm during and in relation to, and possessed a firearm in furtherance of, a drug trafficking crime as alleged in Count 5, which is prosecutable in a court of the United States;

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## **FORFEITURE**

DRUG OFFENSES:

Upon conviction for felony violation of Title 21, United States Code, Section 841 as charged in this Indictment, the Defendant, **CLAYVARN THOMAS**, shall forfeit to the United States all of the Defendant's rights, title, and interest in and to any property, real and personal,

(a) constituting, or derived from any proceeds the Defendant obtained, directly or indirectly, as the result of such violation(s) of Title 21, United States Code, and all property traceable to such property;

(b) used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation of Title 21, United States Code.

PROPERTY:

Pursuant to Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), the property subject to forfeiture includes, but is not limited to, the following:

### Drug Proceeds/Forfeiture Judgment:

A sum of money equal to all property the Defendant obtained as a result of the drug offenses charged in the Indictment and all interest and proceeds traceable thereto as a result of his violation of 21 U.S.C. § 841.

SUBSTITUTION OF ASSETS:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of a Defendant:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third person;
(c) has been placed beyond the jurisdiction of the Court;

5

(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b)(1), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the Defendant up to the value of the forfeitable property.

Pursuant to Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c),

A __true__ BILL

~~FOREPERSON~~ [redacted]

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By: _____
Ariyana Gore (#13881)
Assistant U.S. Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel.: 803-929-3000
Fax: 803-256-0233
Email: Ariyana.Gore@usdoj.gov

6