RECORD OF GRAND JURY BALLOT

C/R 3:25-942

UNITED STATES OF AMERICA v. CLAYVARN THOMAS

(SEALED UNTIL FURTHER ORDER OF THE COURT)