# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

### COLUMBIA DIVISION

UNITED STATES OF AMERICA

vs.

CASE NO. 3:25-CR-942

CLAYVARN THOMAS

## PLEA

The Defendant, CLAYVARN THOMAS, acknowledges receipt of a copy of the indictment and after arraignment pleads not guilty in open court.

_____
(Signed)     Defendant

Columbia, South Carolina
August 12, 2025