# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

### COLUMBIA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CR. NO.: 3:25-942** |
| | ) | |
| -vs- | ) | **MOTION TO DISCLOSE** |
| | ) | **INTENTION TO USE** |
| | ) | **EVIDENCE** |
| **CLAYVARN THOMAS** | ) | |

**TO:  MS. ARIYANA GORE**
      Assistant United States Attorney

YOU WILL PLEASE TAKE NOTICE that the undersigned attorney for the defendant, **CLAYVARN THOMAS**, will appear before the United States Court for the District of South Carolina at such place and at such time as counsel can be heard, and then and there move pursuant to Rule 12(b)(4), Federal Rules of Criminal Procedure, that the Court order the Government to notify the defendant of its intention to use any evidence at trial which may be subject to a motion to suppress.

                                        Respectfully submitted,


                                        s/KATHERINE E. EVATT
                                        Assistant Federal Public Defender
                                        1901 Assembly Street, Suite 200
                                        Columbia, South Carolina 29201
                                        Telephone: (803) 765-5078
                                        ATTORNEY ID# 7044
                                        Email address: Kathy_Evatt@fd.org

Columbia, South Carolina
August 12, 2025